IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

WAYNE H. VOGLER, )
)
      Plaintiff, )
)
vs. ) No. CIV-16-220-W
)
HALLIBURTON ENERGY SERVICES, )
INC., )
)
      Defendant. )

## ORDER

Upon review of the record, the Court

(1) GRANTS the Motion to Compel Arbitration [Doc. 8] and to Stay Plaintiff's Claim [Doc. 8] filed on April 15, 2016, by defendant Halliburton Energy Services, Inc. ("Halliburton"), in light of the parties' agreement to arbitrate the claims and causes of action asserted in this matter by plaintiff Wayne H. Vogler against Halliburton;

(2) likewise GRANTS the parties' Joint Motion for Stay Pending Arbitration [Doc. 11] filed on May 9, 2016;

(3) STAYS this matter pending completion of the parties' arbitration proceedings;

(4) DIRECTS the Clerk of the Court to administratively terminate this matter in her records until further Order of the Court; and

(5) in accordance with the parties' agreement, DIRECTS the parties, once the arbitration proceedings have concluded, to seek dismissal of this matter with prejudice or, in the alternative, DIRECTS the prevailing party, upon completion of the arbitration proceedings, to seek judgment based on the arbitrator's award.

ENTERED this 10th day of May, 2016.

LEE R. WEST
UNITED STATES DISTRICT JUDGE